UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRIETTE FARAGI, | No. CV 08-8071 PA (JWJx) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al., | |
| Defendants. | |

The Court, having been notified by counsel that this matter has settled:

IT IS ORDERED that this action is hereby dismissed without prejudice. The case may be reopened on application of any party within forty-five (45) days of the date of this Order if the settlement is not consummated. Within the forty-five (45) day period, the parties may file a dismissal with prejudice. The Court retains full jurisdiction over this action for the forty-five (45) day period.

DATED: May 14, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE